# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HENRY BROWN,**

    **Plaintiff,**

v.                                       Case No. 4:17cv29-MW/CAS

**LEON COUNTY JUDGE
JONATHAN SJOSTROM,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a court order." The Clerk shall close the file.

**SO ORDERED on May 16, 2017.**

                                               s/Mark E. Walker     
                                             **United States District Judge**